IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
    vs. ) Criminal Number **16-167**
 )
**MICHAEL J. RUFFATO** )

The above named defendant, in regard to the judgment of **JUNE 27, 2018** paid on **MARCH 30, 2021** the full balance due on court ordered:

    _____ASSESSMENT

    _____FINE

    \_\_\_X\_\_\_\_\_RESTITUTION

    _____JVTA


| s/Michael J. Lutz | 4/27/2021 |
|---|---|
| Deputy Clerk | Date |

FILED

APR 27 2021

CLERK U.S DISTRICT COURT
WEST. DIST OF PENNSYLVANIA