IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America                    )
                                             )
      vs.                                   )   Criminal Number **16-167**
                                             )
**MICHAEL J. RUFFATO**                       )

The above named defendant satisfied the judgment of **JUNE 27, 2018**
By paying on **APRIL 2, 2021** the full balance due on court ordered:

                      _____ASSESSMENT

                      \_\_\_X\_\_\_\_\_FINE

                      _____RESTITUTION

                      _____JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

| s/Michael J. Lutz | 4/27/2021 |
|---|---|
| Deputy Clerk | Date |

**FILED**

APR 27 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA